## Commonwealth *v.* Mathis, Appellant.

Submitted September 9, 1968. *John W. Packel* and *Melvin Dildine,* Assistant Public Defenders, and *Herman I. Pollock,* Defender, for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.